**Order entered May 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00436-CV

### IN THE ESTATE OF REBECCA LYNN HEIDER, DECEASED

**On Appeal from the Collin County Probate**
**Collin County, Texas**
**Trial Court Cause No. PB1-1074-2010**

## ORDER

On May 9, 2014, the Court received a letter from counsel for appellant informing us that the trial proceedings were recorded by an audio system. Counsel states the audio recording is both incomplete and inaudible.

Accordingly, we **ORDER** the trial court to make findings of fact regarding the following:

1.  Whether all of the proceedings in this case were recorded and the method of recording;

2.  If all of the proceedings were not recorded, whether appellant waived the recording of any portion of the proceedings;

3.  Whether the recorded portions are complete and audible;

4.  If the recorded portions of the proceedings are incomplete or inaudible, the reason for such;

5.    Whether appellant is at fault for the loss or destruction of any part of the incomplete or inaudible record; and

6.    Whether the parties can agree to a substituted record.

We **ORDER** the trial court to transmit a supplemental clerk's record containing its written findings of fact, any orders, and any supporting documentation to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk of this Court to send copies of this order, by electronic transmission, to the Honorable Weldon Copeland, Judge of the Probate Court of Collin County, Texas, and counsel for all parties.

We **ABATE** this appeal to allow the trial court to comply with the above order. The appeal will be reinstated thirty days from the date of this order or when the supplemental clerk's record containing the trial court's findings are received, whichever occurs earlier.

/s/     ADA BROWN
       JUSTICE